**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
KIRKPATRICK B DUNBAR,                          :
: 
                          Plaintiff,      :        18-CV-5908 (GBD) (OTW)
: 
      -against-                                    :
:        **ORDER**
: 
GOULD 928-930 SECOND AVENUE OWNER LLC, :
et al.,                                                        :
: 
                         Defendants.  :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Centers for Disease Control and the World Health Organization have advised people to take precautions regarding the COVID-19 pandemic, and the Chief Judge of this Court has entered standing orders regarding the same. *See, e.g.*, 20-MC-155. In order to protect public health while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is further ordered that parties and counsel shall conduct work remotely. This includes, but is not limited to, client meetings, work meetings, and hand deliveries of courtesy copies to the Court (courtesy copies can be sent via email or mail). If any party or counsel has any private, personal, familial or medical concerns that they need to share with the Court that would necessitate further orders, they may email Wang_NYSDChambers@nysd.uscourts.gov *ex parte* provided that they advise the other parties that they will be contacting the Court *ex parte*.

The Court is in receipt of the defendants' letters regarding the March 31, 2020 status conference. (ECF 44, 45). It is hereby ordered that the **March 31, 2020 status conference is adjourned *sine die*. Plaintiff is directed to submit a status letter on April 6, 2020** addressing the following issues: (1) whether plaintiff wishes to pursue this action in light of current events and the death of Sip Sak, Inc.'s owner/principal, *see* ECF 44, 45; (2) whether settlement discussions or a telephonic settlement conference would be productive; and (3) whether the parties wish to consent to magistrate judge jurisdiction for all purposes.

**SO ORDERED.**

Dated: March 23, 2020
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge