UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

KIRKPATRICK B DUNBAR,

                          Plaintiff,                      18-CV-5908 (GBD) (OTW)

          -against-                       **ORDER**

GOULD 928-930 SECOND AVENUE OWNER LLC,
et al.,

                        Defendants.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties appeared telephonically before the Court on June 23, 2020 for a pre-settlement call. As ordered on the call:

- The case is STAYED until September 30, 2020. Parties are directed to file a joint status letter on August 28, 2020.

- Plaintiff is directed to file a letter by June 30, 2020 stating whether Plaintiff agrees to consent to Sip Sak, Inc.'s motion to vacate the default (ECF 38).

**SO ORDERED.**

                                                                      *s/ Ona T. Wang*

Dated: June 23, 2020                                     **Ona T. Wang**
      New York, New York                       United States Magistrate Judge