—

**SEKENDIZ LAW FIRM P.C.**
**Attorneys at Law**
**45 Broadway 1420**
**New York, New York 10006**
**(212) 380-8087**

August 27, 2020

Ona T. Wang, United States Magistrate Judge
U.S. District Court
500 Pearl Street
New York, NY 10007
(212) 805-0260

[ MEMO ENDORSED ]

    Case Name:    Dunbar v. Gould 928-930 Second Avenue Owner LLC et al
    Case Number:    1:18-cv-05908-GBD-OTW

Hon. Magistrate Judge Wang,

    I represent the Plaintiff concerning the above referenced action and I am submitting this letter motion to seek an adjournment of the telephone conference set for 10/22/2020 at 11:00 AM to another date, which Your Honor deems proper. The reason for the adjournment is that I already have a scheduled in person Conference on the same date and time concerning *Williams v. Hale & Hearty Soups L.L.C. et al* Case Number: 1:20-cv-04790 (SDNY) case. Defendants do not object to Plaintiff's request and parties are available for October 26, 27, 28th to attend the telephonic conference.

    This is Plaintiff's first application to adjourn the telephonic conference.

    I thank Your Honor for Your time and consideration.

Dated: New York, New York
        August 27, 2020

Respectfully Submitted,

____/Ismail S. Sekendiz/_____
Ismail S. Sekendiz (IS-0509)

---

The Oct. 22, 2020 status conference is hereby adjourned to **November 4, 2020 at 11:00 am**. Dial in: (866) 390-1828, access code 1582687. Parties are directed to submit the joint status letter on **October 28, 2020**. The Clerk of Court is directed to close ECF 56. SO ORDERED.

*[signature]*

**Ona T. Wang Aug. 27, 2020**
**U.S.M.J.**