**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

KIRKPATRICK B DUNBAR,

                     Plaintiff,

           -against-

GOULD 928-930 SECOND AVENUE OWNER LLC,
et al.,

                  Defendants.

---------------------------------------------------------x

18-CV-5908 (GBD) (OTW)

<u>**ORDER**</u>

**ONA T. WANG, United States Magistrate Judge:**

The November 4, 2020 status conference is hereby adjourned *sine die*. Parties are

directed to submit a joint status letter on **November 20, 2020.**

**SO ORDERED.**

                                *s/ Ona T. Wang*

Dated: October 29, 2020                      **Ona T. Wang**
      New York, New York          United States Magistrate Judge